IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ANIBAL SERRANO VAZQUEZ

DEBTOR(S)

CASE NO. 15-01377-ESL

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 4/30/2018

With respect to the above-referred payment plan with a base of $12,350.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**        [X] **UNFAVORABLE**

The liquidation value of the estate is: $402.00 (P.V. $467.00)

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Per PCM; arrears of $200.00

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

**6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

**Plan has no provision for direct payments to claim 09, filed by Administracion de los sistema de retiro (part 3.1).**

**7. [X] OTHER:**

**(1) Debtor amended Part 3.1 and 4.3 of the plan; however, such amendments was not included in the 1st page of the plan as required. (2) Part 1.3 of the plan is checked as included, however, at the same time Part 8.1 is checked as none.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 5/9/2018
<u>ROBERTO FIGUEROA</u>
COUNSEL FOR DEBTOR(S)

/s/ Alejandro Oliveras Rivera
Alejandro Oliveras Rivera
USDC #131006

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV